

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00004-CR

Santos **BARRON-VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 22-CR-109
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's December 13, 2023 judgments of conviction in trial court cause number 22-CR-109 are AFFIRMED.

SIGNED July 9, 2025.

Lori I. Valenzuela, Justice